1  J. CURTIS EDMONDSON (CSB No. 236105)
   jcedmondson@edmolaw.com
2  Edmondson IP Law
   Venture Commerce Center
3  3699 NE John Olsen Avenue
   Hillsboro, OR 72124
4  Telephone: (503) 336-3749
   Facsimile: (503) 482-7418
5
6  Kumar Maheshwari (SBN 245010)
   Mahesh Law Group
7  7700 Irvine center drive, Suite 800,
   Irvine, CA 92618
8  PH: (530) 400-9246
   email: kumar@maheshlaw.com
9  www.maheshlaw.com

10 Attorneys for Plaintiff
   HARI PRASAD SARDA
11

12 LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
13 TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
14 FENWICK & WEST LLP
   555 California Street, 12th Floor
15 San Francisco, CA  94104
   Telephone:   415.875.2300
16 Facsimile:    415.281.1350

17 Attorneys for Defendant
   PIVOTAL SYSTEMS CORPORATION
18

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI PRASAD SARDA,<br><br>  Plaintiff,<br><br>  v.<br><br>PIVOTAL SYSTEMS CORPORATION,<br><br>  Defendant. | Case No.: 3:19-cv-04032-MMC<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS, Plaintiff Hari Prasad Sarda filed his Complaint in this action on July 14, 2019; and

WHEREAS, Plaintiff and Defendant Pivotal Systems Corporation settled this matter on or about November 7, 2019;

THEREFORE, it is hereby STIPULATED by and between Plaintiff and Defendant through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties further stipulate that, except as set forth in the Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

This Court shall retain jurisdiction for a period of one year to enforce the terms of the Settlement Agreement.

///

IT IS SO STIPULATED.

Dated: November 13, 2019    Mahesh Law Group, PC

                            By: */s/Kumar Maheshwari*
                                Kumar Maheshwari
                                Attorney for Plaintiff
                                HARI PRASAD SARDA

Dated: November 13, 2019    FENWICK & WEST LLP

                            By: */s/ Todd Gregorian*
                                Laurence F. Pulgram
                                Todd R. Gregorian
                                Attorneys for Defendant
                                PIVOTAL SYSTEMS CORPORATION

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Hari Prasad Sarda has obtained the concurrence of Pivotal Systems Corporation's counsel in the filing of this joint request.

Dated: November 13, 2019    Mahesh Law Group, PC

By: */s/Kumar Maheshwari*
Kumar Maheshwari

Attorney for Plaintiff
HARI PRASAD SARDA

STIPULATION DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER                    Case No.: 3:19-cv-04032-MMC

**ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice as against Defendant Pivotal System Corporation pursuant to FRCP 41(a)(1)(A)(ii).

2. Each party shall bear their own costs and attorneys' fees, except as set forth in the Settlement Agreement.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the November 7, 2019 Settlement Agreement, for a period of one year from the date of this order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 15, 2019

By: _____
United States District Judge
Maxine M Chesney